IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANNY R. CLEM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:08cv273-WKW |
| | ) | |
| D. DREW, WARDEN, | ) | (WO) |
| | ) | |
| Respondent. | | |

**O R D E R**

Petitioner, a federal inmate, filed a petition under 28 U.S.C. § 2241 challenging his conviction and sentence. However, he has not submitted the $5.00 filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

In light of the foregoing, it is

**ORDERED** that on or before April 21, 2008, Petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Federal Prison Camp at Maxwell Air Force Base showing the balance in his prison account at the time of his filing this petition **or** the $5.00 filing fee.

To aid Petitioner in complying with this order, the CLERK is DIRECTED to furnish

him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

    Done this 10th day of April, 2008.

                                        /s/Wallace Capel, Jr.
                                  WALLACE CAPEL, JR.
                                  UNITED STATES MAGISTRATE JUDGE