IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANNY R. CLEM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-273-WKW |
| | ) | (WO) |
| D. DREW , WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 5) that the Petition for Writ of Habeas Corpus (Doc. # 1) is due to be denied and that this case is due to be dismissed because the petitioner's claims are not cognizable in a 28 U.S.C. § 2241 petition. The petitioner timely filed an Objection (Doc. # 6) to the Recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection (Doc. # 6) is OVERRULED for the reasons stated in the Recommendation;

2. The Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED.

3. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED.

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 7th day of May, 2008.

      /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE